AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>2:17-MJ-2492 | Date and time warrant executed:<br>October 11, 2017 at 0610 | Copy of warrant and inventory left with:<br>Erika Reyes |
| Inventory made in the presence of :<br>Rebecca McKnight, Brianna Dickerson |||
| Inventory of the property taken and name of any person(s) seized:<br>[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.] |||

**Certification** (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 10/12/2017

Executing officer's signature

SA Jason Parker
Printed name and title

AUSA: Michael G. Freedman, ext. 0631



**U. S. Department of State**
BUREAU OF DIPLOMATIC SECURITY
## PROPERTY/EVIDENCE RECEIPT

Page ____ of ____

| Inventory Number | Date/Time Received (mm-dd-yyyy) | Evidence Log Number | Diplomatic Security Case Number |
|---|---|---|---|
|  | 10-11-2017 / 0400 |  |  |
| Other Dept. Case Number | Other Dept. Property Location and Inventory Number | | |

Address Where Property Impounded (Give exact location where property was located) | Type of Case

| Received From | Address | City | State | Telephone Number |
|---|---|---|---|---|
|  | 1301 E Ave I. | Lancaster | CA |  |
| Owner (If known) | Address | City | State | Telephone Number |

Suspect [X]   Victim [ ]   Subject [ ]   Race   Sex   Date of Birth (mm-dd-yyyy)   Incarcerated [ ] Yes [ ] No   Warrant [X] Yes [ ] No

[X] Seized Property   [ ] Forfeited Property   [ ] Other (Specify) ____
[ ] Voluntarily Abandoned Property   [ ] Custodial Property

| Item Number | Quantity | Description (Itemize currency by denomination) | Currency Only | Evidence |
|---|---|---|---|---|
| 1 | 5 | Mexican Passport, LPR & SS cards, Misc Doc |  |  |
| 2 | 53 | DS-11 Application, Misc docs + bills |  |  |
| 3 | 5 | 1 thumb drive and 4 SD cards |  |  |
| 4 | 43 | Misc docs and bills |  |  |
| 5 | 1 | Mexican Consular ID card |  |  |
| 6 | 2 | Misc docs in name of Jesus Amado |  |  |
| 7 | 44 | Misc docs in multiple names |  |  |
| 8 | 5 | Misc utility + phone docs in multiple names |  |  |
| 9 | 2 | fake LPR and social security cards in name of Rocio Reyes Amad |  |  |

**ACKNOWLEDGEMENTS**

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt. | I hereby acknowledge that the above list represents all property impounded by me in the official performance of my duty as a Special Agent.

Print: Erika Reyes
Signature: [signature]

Signature: [McKnight signature]
Witness Signature: [signature]

Received By (Print Name):
(Signature):
Reason:
Date (mm-dd-yyyy): 10-11-2017
Time Received: 1120

DS-1857
02-2006

ORIGINAL - EVIDENCE CUSTODIAN